UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEJESUS RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01229 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MAY 12, 2015 |

　　　　On May 12, 2015, the Court ordered Plaintiff to show cause within seven days, why sanctions should not be imposed for her failure to file an opening brief in the action. (Doc. 13.) Alternativelty, the Court permitted the filing of the opening brief. In compliance with the Court's order, Plaintiff filed an opening brief on May 19, 2015. (Doc. 14.) Accordingly, the Order to Show Cause is **DISCHARGED**.

　　　　Notably, however, Plaintiff failed to include a summary of medical evidence in her opening brief. The Court ordered Plaintiff to include "a summary of all relevant evidence including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy" in her opening brief. (Doc. 7-1 at 3.) The sole issue raised by Plaintiff is that the ALJ failed to properly evaluate the credibility of her subjective complaints (*see generally* Doc. 14). In making that determination, the ALJ cited the medical record (*see* Doc. 11-3 at 27-31). Consequently, the medical record is relevant to Plaintiff's request for review.

Plaintiff is permitted to file an amended opening brief, within **ten days,** that includes a summary of the relevant medical record in compliance with the Court's order dated September 18, 2014.  **If Plaintiff chooses to not file an amended opening brief, the Court will find Plaintiff has waived any argument as to the ALJ's summary of the medical record and the ALJ's findings related to the medical record**.[1]

IT IS SO ORDERED.

Dated:   **May 21, 2015**                              /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's opening brief is due 30 days after the filing of the amended brief or, if no amended brief is filed, 30 days after the passage of the period allowed here for the filing of the amended brief.