# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEJESUS RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01229 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 17) |

　　　　Defendant filed a brief in opposition to Plaintiff's opening brief on June 17, 2015.  (Doc. 16) Pursuant to the terms of the Court's Scheduling Order, any brief in reply was to be filed with fifteen days. (Doc. 7-1 at 3)  However, on July 15, 2015, the parties filed a stipulation for Plaintiff to have an extension of time to file a reply (Doc. 17), which Plaintiff filed at the same time as the reply brief. (Doc. 18)  Because the Scheduling Order permits an extension of thirty days upon the stipulation of the parties, the extension of time requested by Plaintiff is appropriate.

　　　　Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's request for an extension of time (Doc. 17) is **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

　　Dated: __**July 20, 2015**__　　　　　　　　____**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28